# United States Court of Appeals
# for the Fifth Circuit

**FILED**
APR 24 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

No. 23-50247

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

*versus*

XIAOJIAN TAO; YU LANG,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-170-1-XR
USDC No. 5:22-CR-170-2-XR

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 24, 2023, pursuant to the stipulation of the parties.

No. 23-50247

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *MCourseault*

MELISSA B. COURSEAULT, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT



A True Copy
Certified order issued **Apr 24, 2023**

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit